IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STATE OF MISSISSIPPI EX REL.;
STEELY DANIELLE WHITAKER,
Individually and as Wrongful Death
Beneficiary of William Danny Whitaker,
Deceased; DANIEL RYAN BONDS,
Individually and as Wrongful Death
Beneficiary of William Danny Whitaker,
Deceased; and ESTATE OF WILLIAM
DANNY WHITAKER                                                                PLAINTIFFS

v.                                                        CIVIL ACTION NO. 1:15-cv-00077-GHD-DAS

GEORGE CHARLES RINEHART,
Individually and in His Official Capacity;
ALCORN COUNTY; and RLI INSURANCE
COMPANY                                                                         DEFENDANTS

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT RLI INSURANCE COMPANY'S MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM OR, ALTERNATIVELY, TO STAY

Pursuant to an opinion issued this day, the Court hereby ORDERS as follows:

(1) Defendant RLI Insurance Company's motion to dismiss or, alternatively, to stay [12] is GRANTED insofar as the request to stay the action, and is DENIED in all other respects;

(2) This action is hereby STAYED as to Defendant RLI Insurance Company until such time as liability is determined as to Defendant George Charles Rinehart; and

(3) Defendant RLI Insurance Company remains potentially liable as the surety on the public official bond. *See Henley v. Edlemon*, 297 F.3d 427, 430 (5th Cir. 2002).

SO ORDERED, this, the 23 day of February, 2016.

_____
SENIOR U.S. DISTRICT JUDGE