IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

STATE OF MISSISSIPPI ex rel.;
STEELY DANIELLE WHITAKER,
Individually and as Wrongful Death
Beneficiary of William Danny Whitaker,
Deceased; DANIEL RYAN BONDS,
Individually and as Wrongful Death
Beneficiary of William Danny Whitaker,
Deceased; and ESTATE OF WILLIAM
DANNY WHITAKER                                                    PLAINTIFFS

v.                                        CIVIL ACTION NO. 1:15-cv-00077-GHD-DAS

GEORGE CHARLES RINEHART,
Individually and in his Official Capacity;
ALCORN COUNTY; and RLI INSURANCE
COMPANY                                                           DEFENDANTS

**ORDER GRANTING COUNTY DEFENDANTS'**
**MOTION FOR JUDGMENT ON THE PLEADINGS**

Pursuant to an opinion issued this day, the motion for judgment on the pleadings [21] filed by Defendants George Charles Rinehart, individually and in his official capacity, and Alcorn County is GRANTED in its entirety; all CLAIMS are DISMISSED; all PARTIES are DISMISSED; and this case is CLOSED.

SO ORDERED, this, the ___ day of September, 2016.

_____
SENIOR U.S. DISTRICT JUDGE